IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-0048-RJC-SCR

| | |
|---|---|
| NICOLE D. HARRIS<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>Defendant. | ORDER STAYING CASE PENDING ARBITRATION |

Before the Court is the Parties' Stipulation and Joint Motion to Stay Case Pending Arbitration (Doc. No. 7). The Court, having read and considered the Stipulation, and finding good cause therefore, hereby orders as follows:

The Court hereby **STAYS** this action pending arbitration of Plaintiff's claims, and Defendant is not required to file an answer to Plaintiff's Complaint unless and until further application by the Parties or Order of this Court. See 9 U.S.C. § 3. The parties are **ORDERED** to arbitrate their dispute in accordance with their agreement.

The parties are further **ORDERED** to file a status update 90 days from this Order and every 90 days thereafter.

**SO ORDERED**.

Signed: February 27, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge